Honorable Judge Ronnie Greer,  7/25/2018

RE: Inmates Jeremy Smallwood USM# 43082-074
    Caleb New USM# 52455-074.

Your Honor I am writing you because we are two Federal Inmates Currently housed at the Sullivan County jail.

Your Honor we are being subjected to harsh environments with severe overcrowding, as well as Massive Uncleanliness. Black Mold being Covered up with Sheet Metal, Very Unsafe because there is 43 People in one Cell alone. These are 16 Man cells. Massive People in the floor, officers here stereotyping treating inmates Unfair. This jail hold 500 inmates, there is 846 inmates here. Your Honor I am asking to be Moved so that My Rights aren't being Violated. This Medical Staff does nothing when there is issues Concerning Medical Care, I've complained over a 30x18mm kidney Stone since I've been here, they are doing nothing they won't even give Me My psych Meds. But they take your Money and take No Action. This place charges $2.00 filing fee to get Commissary, Mark up Commissary $1000 1900% tax it like Greys, The FBOP doesn't do that. This Jail doesn't even have Prea Information Posted.

PG 2 → OVER.

Your Honor all I'm asking is to be Moved from here. This jail doesn't offer any programs, doesn't even have a GED program.

I think something needs to be done about these issues. Your Honor there is inmates here holding other inmates down Piercing there Peniss's in violation of the Prea Act, but the jail isn't taking the proper action. I feel like we are being subjected to harsh environments in violation of our Constitutional Right to be free of Cruel and Unusual Punishment.

Your Honor thank you for your Time, I just hope the Marshall's Service will Come look at how overcrowded this place is, and tear back the Sheet Metal in Unit 3 MAX in the Shower on the Ceiling and see the Black Mold.

Respectfully Submitted,

Jeremy J. [signature]
43082-074

[signature]
52455-074